IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

RHONDA T.,[1]

    Plaintiff,

v().                                 Civil Action No. 3:24cv701

FRANK BISIGNANO,[2]
Commissioner of Social
Security,

    Defendant.

**ORDER**

Having reviewed the REPORT AND RECOMMENDATION of the Magistrate Judge entered herein on February 10, 2026 (ECF No. 15), and the time for filing timely objections having expired, and no timely objections having been filed, and having considered the record and the REPORT AND RECOMMENDATION (ECF No. 15) and finding no error therein, it is hereby ORDERED that:

(1) The REPORT AND RECOMMENDATION of the Magistrate Judge (ECF No. 15) is adopted on the basis of the reasoning of the REPORT AND RECOMMENDATION; and

---

[1] The Committee on Court Administration and Case Management of the Judicial Conference of the United States has recommended that federal courts refer to claimants only by their first names and last initials in social security cases.

[2] Frank Bisignano was sworn in as the Commissioner of Social Security on May 7, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, he has been substituted for the former Commissioner as Defendant in this action. 42 U.S.C. § 405(g). No further action need be taken.

(2) The **PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** (ECF No. 11) is denied; and

(3) The **DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** (ECF No. 14) is granted; and

(4) The Commissioner's decision is affirmed.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: March 11, 2026